COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

NOT DESIGNATED FOR PUBLICATION

Billy Lynn West Jr.
Attorney at Law
P. O. Box 1033
Natchitoches LA 71458-1033

REHEARING ACTION: March 23, 2011

**Docket Number: 10   00999-KW**

**STATE OF LOUISIANA
VERSUS
JAMES L. HICKS**

**Writ Application from Natchitoches Parish Case No. C15142**

**BEFORE JUDGES:**

> **Hon. John D. Saunders
> Hon. J. David Painter
> Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **James L. Hicks** has this day been

> **DENIED.**
> Keaty, J., dissents from the denial of the application for rehearing.

cc: Van Hardin Kyzar, Counsel for the Respondent
    Billy Joseph Harrington, Counsel for the Applicant